[No. 17085–6–I.   Division One.   February 9, 1987.]

CITIZENS FOR PROTECTION OF NOISE SENSITIVE AREAS,
*Appellant*, v. SNOHOMISH COUNTY,
ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 83–2–10858–6, James D. McCutcheon, Jr., J.,

entered April 9, 1984. *Affirmed* by unpublished opinion per Cole, J. Pro Tem., concurred in by Brachtenbach and Thomas, JJ. Pro Tem.